IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:22CR699 SRC/SRW |
| | ) |
| JOHN POUND | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S FOURTH MOTION FOR ADDITIONAL TIME IN WHICH TO FILE PRETRIAL MOTIONS

COMES NOW, Defendant, John Pound, by and through counsel, Assistant Federal Public Defender Kayla L. Williams, and moves this Court to grant additional time in which to file pretrial motions. In support of this motion, counsel states the following:

1. Counsel needs additional time to conduct investigation and obtain records and to continue discussions with the government regarding a disposition.

2. A continuance in this matter is in the interest of justice as it allows reasonable time for counsel to be properly prepared pursuant to 18 U.S.C. §3161. If the Court grants this request, counsel asks for an additional 60 days in which to file pretrial motions.

3. Counsel has discussed this motion with Assistant United States Attorney Gwen Carroll, and she has no objection.

WHEREFORE, for the reasons stated above, counsel requests an extension of

time for 60 days in which to file pretrial motions.

                        Respectfully submitted,

                        /s/ *Kayla L. Williams*
                        KAYLA L. WILLIAMS  #67054 MO
                        Assistant Federal Public Defender
                        1010 Market Street, Suite 200
                        St. Louis, Missouri 63101
                        Telephone: (314) 241-1255
                        Fax: (314) 421-3177
                        E-mail: Kayla_Williams@fd.org
                        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Gwen Carroll, Assistant United States Attorney.

                        /s/ *Kayla L. Williams*
                        KAYLA L. WILLIAMS
                        Assistant Federal Public Defender