IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:22CR699 SRC/SRW ) |
| JOHN POUND, | ) ) |
| Defendant. | ) ) |

## DEFENDANT'S FIFTH MOTION FOR ADDITIONAL TIME IN WHICH TO FILE PRETRIAL MOTIONS

COMES NOW, Defendant, John Pound, by and through counsel, Assistant Federal Public Defender Kayla L. Williams, and moves this Court to grant additional time in which to file pretrial motions. In support of this motion, counsel states the following:

1. Counsel needs additional time to discuss this matter with Mr. Pound and relay conversations she has had with the government.

2. Counsel anticipates that the additional time may result in a waiver of filing pretrial motions.

3. A continuance in this matter is in the interest of justice as it allows reasonable time for counsel to be properly prepared pursuant to 18 U.S.C. §3161.  If the Court grants this request, counsel asks for an additional 45 days in which to file pretrial motions.

4. Counsel has discussed this motion with Assistant United States Attorney

Gwen Carroll, and she has no objection.

WHEREFORE, for the reasons stated above, counsel requests an extension of time for 45 days in which to file pretrial motions.

Respectfully submitted,

/s/ Kayla L. Williams
KAYLA L. WILLIAMS  #67054 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kayla_Williams@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Gwen Carroll, Assistant United States Attorney.

/s/ Kayla L. Williams
KAYLA L. WILLIAMS
Assistant Federal Public Defender